RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for William Pamintuan Craig

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM PAMINTUAN CRAIG,<br><br>　　　　　　Defendant. | Case No. 2:19-cr-00229-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for William Pamintuan Craig, that the Sentencing Hearing currently scheduled on April 2, 2020 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than May 11, 2020.

This Stipulation is entered into for the following reasons:

1. Mr. Craig's sister, Jacqueline Javier, will be visiting him and his mother in Las Vegas from May 2 through May 9, 2020.

2. Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 12th day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Richard Anthony Lopez*<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00229-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| WILLIAM PAMINTUAN CRAIG, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on Thursday, April 2, 2020 at the hour of 10:30 a.m., be vacated and continued to May 14, 2020 at the hour of 10:00 a.m. in Courtroom 6C.

DATED this 13th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE

3