RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for William Pamintuan Craig

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM PAMINTUAN CRAIG,<br><br>Defendant. | Case No. 2:19-cr-00229-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for William Pamintuan Craig, that the Sentencing Hearing currently scheduled on May 14, 2020 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. In light of the current COVID-19 pandemic, the State of Nevada's resulting emergency declarations, widespread calls to take more aggressive social distancing measures,

and this Court's stated goal to "striv[e] to eliminate in-person court appearances,"[1] the parties request this Court continue the sentencing hearing to a later date.

2. Defendant is not incarcerated and does not object to a continuance.

3. This is the third request for continuance filed herein.

DATED this 29th day of April, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Richard Anthony Lopez*<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

---

[1] *See* District of Nevada Temporary General Order 2020-04, available at https://www.nvd.uscourts.gov/wpcontent/uploads/2020/03/Temporary-General-Order-2020-04-re-Covid19.pdf.

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM PAMINTUAN CRAIG,<br><br>    Defendant. | Case No. 2:19-cr-00229-APG-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on Thursday, May 14, 2020 at the hour of 10:00 a.m., be vacated and continued to August 18, 10:00 a.m. in courtroom 6C.

DATED this 29th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

3