UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00229-APG-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| WILLIAM PAMINTUAN CRAIG, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on Thursday, August 20, 2020 at the hour of 10:30 a.m., be vacated and continued to September 1, 2020 at the hour of 10:00 a.m.

DATED this 11th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

3