RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for William Pamintuan Craig

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00229-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SELF-SURRENDER DATE** |
| v. | (Second Request) |
| WILLIAM PAMINTUAN CRAIG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Richard A. Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for William Pamintuan Craig, that the self-surrender date currently scheduled for April 16, 2021, be vacated and continued for thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Craig has been ordered to self-report to Lompoc USP on April 16, 2021, before noon.

2. Mr. Craig has Type 2 diabetes. The CDC has classified people with diabetes as being at an increased risk of severe outcome if they contract COVID-19. *See* https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html. Lompoc USP has active COVID-19 cases as of this filing. *See* https://www.bop.gov/coronavirus/ (accessed Mar. 1, 2021).

3. Mr. Craig requests the additional time to allow him to get vaccinated for COVID-19 before he surrenders. Mr. Craig is not currently eligible for a vaccine under the Nevada COVID-19 Playbook V3, but believes he will be eligible soon based on his health condition.

4. The parties agree to the continuance.

This is the second request for a continuance of the self-surrender date.

DATED this 1st day of March, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Richard A. Lopez*<br>By_____<br>RICHARD A. LOPEZ<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM PAMINTUAN CRAIG,<br><br>    Defendant. | Case No. 2:19-cr-00229-APG-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the self-surrender date currently scheduled for Friday, April 16, 2021 at 12:00 p.m., be vacated and continued to  April 30, 2021  at the hour of  12:00  p .m.

    DATED this 2nd day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE

3