RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for William Pamintuan Craig

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>WILLIAM PAMINTUAN CRAIG,<br><br>  Defendant. | Case No. 2:19-cr-00229-APG-EJY<br><br>**STIPULATION FOR PRETRIAL SERVICES TO RELEASE PASSPORT**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for William Pamintuan Craig, that the Court should order Pretrial Services permission to release William Craig's passport to his wife after it confirms that he has self-surrendered to the BOP to serve his sentence.

    This Stipulation is entered into for the following reasons:

    1.    William Craig appeared before the Court on an Arraignment and Plea pursuant to a plea agreement to an information on October 28, 2019. ECF No. 10. The Court released

William on a personal recognizance bond pending his sentencing date. ECF No. 9.  The bond included the condition that he surrender his passport to the Office of Pretrial Services. *Id.*

2. William Craig complied with that condition and surrendered his U.S. Passport to the Pretrial Services Office.  It remains in their custody.

3. William is scheduled to self-surrender to the U.S. Bureau of Prisons by noon on April 30, 2021. ECF No. 26. Absent a court order to the contrary, the Pretrial Services Office will return the passport to the Department of State after he reports to prison.

4. William is requesting the Court grant permission to the Office of Pretrial Services to release his passport to his wife, Leah Craig, after the office confirms that he has self-surrendered as ordered.

5. Counsel for the government has no objection to this request.

DATED this 19th day of April, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Richard Anthony Lopez*<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM PAMINTUAN CRAIG,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00229-APG-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Office of Pretrial Services may release William Craig's passport to his wife, Leah Craig, after it confirms that he has reported to the Bureau of Prisons as ordered by this Court.

　　DATED this 20th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3